**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ISMAIL A. ALI,

          Plaintiff,

vs.

IAN HOLLAND et al.,

          Defendants.

CIVIL ACTION FILE

NO.  1:22-cv-3791-VMC

## <u>AMENDED DEFAULT JUDGMENT</u>

    The defendants Ian Holland, Kurokami Group Holdings, and Yotsuba Group Holdings, LLC having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Victoria M. Calvert, United States District Judge, by the order on March 12th 2024, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

    ORDERED AND ADJUDGED, that the defendant Atlanta Alpha Investments are dismissed without prejudice and the plaintiff Ismail A. Ali, recover from the defendants Ian Holland, Kurokami Group Holdings, and Yotsuba Group Holdings, LLC, in the amount of $1,050,780 plus attorney's fees in the amount of $30,888 and expenses in the amount of $731.57.

    Dated at Atlanta, Georgia this 18th day of March, 2024.

Prepared, filed, and entered
in the Clerk's Office
March 18, 2024
Kevin P. Weimer
Clerk of Court

By:    s/Parker Thompson
      Deputy Clerk

By:  KEVIN P. WEIMER
     CLERK OF COURT

    s/Parker Thompson
   Deputy Clerk